Louis WHEELOCK, Relator,

v.

TRILITE STONE, and USF & G, Respondents,

and

Trilite Stone, and MIGA/Fremont Comp. Group, Respondents,

and

Home Depot, and Am. Intn'l Group/AIG Claims Services, Respondents,

and

St. Francis Hospital, Blue Cross Blue Shield, and MN Dept. of Human Services, Intervenors.

No. A05–1697.

Supreme Court of Minnesota.

Feb. 23, 2006.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 1, 2005, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/ Helen M. Meyer
Associate Justice

PAGE, J., took no part in the consideration or decision of this case.